UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-143 |
| | ) | (VARLAN/GUYTON) |
| DONALD RAY REYNOLDS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the defendant's Motion for Continuance [Doc. 31] of the motion-filing deadline, filed on February 5, 2009. The defendant requests that the motion-filing deadline be extended from February 6, 2009, to February 20, 2009, in order to allow counsel time to complete review of the voluminous discovery and determine whether pretrial motions need to be filed. The defendant states that the government does not oppose this motion and that newly-appointed counsel for codefendant Nathaniel Smith, Jr., is likely in need of a similar extension. Finding the defendant has shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 31**] and extends the deadline for filing motions to **February 20, 2009**, for both defendants. The government has until **March 6, 2009**, to file its responses to any

motions filed. All other dates in the case, including the pretrial conference scheduled for March 18, 2009, at 2:00 p.m., shall remain the same.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton    
United States Magistrate Judge