UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-143 |
| | ) | (VARLAN/GUYTON) |
| DONALD RAY REYNOLDS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the defendant's Motion for Continuance [Doc. 33] of the motion-filing deadline. The defendant requests that the motion-filing deadline be extended from February 20, 2009, to March 6, 2009, in order to allow counsel time to file any pretrial motions. He also asks that the response deadline be extended one-week from March 6, 2009, to March 13, 2009. The defendant states that the government does not oppose this motion or the adjustments to the dates he suggests. Finding the defendant has shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 33**] and extends the motion-filing deadline to **March 6, 2009**, for Defendant Reynolds. The government has until **March 13, 2009**, to file its responses to any motions filed. All other dates in the case, including the pretrial conference scheduled for March 18, 2009, at 2:00 p.m., shall remain the same.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge