UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:08-CR-143 |
| V. | ) | (VARLAN/GUYTON) |
| | ) | |
| | ) | |
| DONALD RAY REYNOLDS, JR. | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

A hearing was held on this case on March 10, 2009 and continued on March 11, 2009. Tracee Plowell, Assistant United States Attorney, was present representing the government, and John Eldridge was present representing the defendant. Upon motion of the government for detention stating that the defendant was a danger to the community, and pursuant to 18 U.S.C. Section 3142, it is ordered that a bond revocation / detention hearing is scheduled for **Tuesday, March 17, 2009** at **2:00 p.m.**, before the Honorable Dennis H. Inman in Courtroom 3A.

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

          ENTER:


           s/ H. Bruce Guyton
          United States Magistrate Judge