UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:08-CR-143-1 |
| | ) | (VARLAN/INMAN) |
| DONALD RAY REYNOLDS, JR, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This criminal case is before the Court for consideration of the Report and Recommendation [Doc. 85] entered by United States Magistrate Dennis H. Inman on May 14, 2009. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2). Magistrate Judge Inman recommends that the Court deny Defendant's Motion to Motion to Suppress. [Doc. 61.]

The Court has carefully reviewed this matter, including the underlying pleadings and other related materials. The Court is in agreement with Magistrate Judge Inman's recommendation, which the Court hereby adopts and incorporates into its ruling.

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 85], and Defendant's Motion to Suppress [Doc. 61] is hereby **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

2