UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:08-CR-143-1 |
| | ) | | (VARLAN/INMAN) |
| DONALD RAY REYNOLDS, JR, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER

This criminal case is before the Court for consideration of the Report and Recommendation [Doc. 108] entered by United States Magistrate Dennis H. Inman on July 2, 2009. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2). Magistrate Judge Inman recommends that the Court deny Defendant's pro se Motion to Dismiss Indictment. [Doc. 103.]

The Court has carefully reviewed this matter, including the underlying pleadings and other related materials. The Court is in agreement with Magistrate Judge Inman's recommendation, which the Court hereby adopts and incorporates into its ruling.

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 108], and Defendant's Motion to Dismiss Indictment [Doc. 103] is hereby **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE

2

Case 3:08-cr-00143-TAV-MCLC   Document 127   Filed 08/17/09   Page 2 of 2   PageID #: 512