UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| v. | ) | No.: | 3:08-CR-143 |
| | ) | | (VARLAN/INMAN) |
| DONALD RAY REYNOLDS, JR. | ) | | |
| | ) | | |
| Defendant. | ) | | |

# **ORDER**

This criminal case is before the Court for consideration of the Report and Recommendation ("R&R") entered by United States Magistrate Judge Dennis H. Inman on December 6, 2010 [Doc. 233]. Magistrate Judge Inman recommends that the defendant in this case should be allowed to proceed *in forma pauperis* [*Id.*]. The R&R indicates that the United States Attorneys Office has no objection to the defendant's request [*Id.*].

After careful review of this matter, the Court is in agreement with Magistrate Judge Inman's recommendation, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 233] and **GRANTS** the defendant's Motion for Pauper Status [Doc. 227].

IT IS SO ORDERED.

                                                                s/ Thomas A. Varlan
                                                                UNITED STATES DISTRICT JUDGE